# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KANE DERRICK MILLSAPS,**
**ADC #168646**                                                                                    **PLAINTIFF**

V.                                    CASE NO. 4:20-CV-78-JM

**ANTONIO D. JOHNSON, JR. and**
**M. TAYLOR**                                                                                      **DEFENDANTS**

## ORDER

Mr. Millsaps has moved to voluntarily dismiss the claims raised in this lawsuit, with prejudice. (Doc. No. 39) He explains that he has reached a settlement with the Defendants. The Defendants have responded to Mr. Millsaps motion confirming that they have reached a settlement in this case. (Doc. No. 40) Accordingly, Mr. Millsaps's motion to dismiss (Doc. No. 39) is GRANTED. Mr. Millsaps's claims are DISMISSED, with prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 1st day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE