# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KANE DERRICK MILLSAPS,**
**ADC #168646**                                                                                          **PLAINTIFF**

V.                                **CASE NO. 4:20-CV-78-JM**

**ANTONIO D. JOHNSON, JR. and**
**M. TAYLOR**                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 1st day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE